UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
DENNIS M. CAVANAUGH
JUDGE

U.S POST OFFICE BUILDING & COURTHOUSE
FEDERAL SQUARE
ROOM 451
NEWARK, NJ 07101
(973) 645-3574

# LETTER ORDER

March 7, 2012

Justin P. Walder, Esq.
Walder Hayden & Brogan
5 Becker Farm Rd.
Roseland, NJ 07068

Maureen Nakly,
Assistant U.S. Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, New Jersey 07102

      **Re:**   *United States v. Ronald J. O'Malley*
             *Crim. No. 10-578 (DMC)*

Dear Counsel:

    I have received and reviewed your request for an extension of Ronald O'Malley's self-surrender date from March 27, 2012 to April 18, 2012 in order to pursue a request that the Bureau of Prisons redesignate Mr. O'Malley consistent with the Court's recommendation that he be designated to Lewisburg Camp.

    After considering your request, the Court hereby grants the requested extension and restates its previous recommendations regarding Mr. O'Malley.

Very truly yours,

Dennis M. Cavanaugh
United States District Judge